**\*E-FILED 11-30-2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ZUNIGA and ROSA ZUNIGA, | No. C09-03358 HRL |
| Plaintiffs, | **ORDER SETTING DEADLINE FOR CONSENT OR DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| HSBC MORTGAGE CORPORATION, | |
| Defendant. | |

The parties are reminded that this case has been assigned to a United States Magistrate Judge. **No later than December 7, 2009**, each party that has not already done so shall file either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. See Civ. L.R. 73-1. The forms are available from the Clerk of the Court and on the court's website at www.cand.uscourts.gov.

SO ORDERED.

Dated:   November 30, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1   5:09-cv-03358-HRL Notice has been electronically mailed to:

2   Aniesa Rice aniesa.rice@kattenlaw.com

3   John Wesley Villines john@jvlaw.net, esther@jvlaw.net, Robert@jvlaw.net

4   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.