**\*E-FILED 12-23-2009\***

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| Clear Form |

ROBERT ZUNIGA and ROSA ZUNIGA

              Plaintiff(s),

v.

HOUSEHOLD FINANCE CORPORATION OF CALIFORNIA

              Defendant(s).

_____/

CASE NO. C09 03358 HRL

STIPULATION AND ~~PROPOSED~~
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Court Processes:**
- ☐   Non-binding Arbitration (ADR L.R. 4)
- ☐   Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☑   Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR  phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
- ☐   Private ADR *(please identify process and provider)*

The parties agree to hold the ADR session by:
- ☑   the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered. )*

- ☐   other requested deadline

Dated: 12/18/2009                         /s/ John W. Villines
                                             Attorney for Plaintiff

Dated: 12/18/2009                         /s/ Aniesa Rice
                                             Attorney for Defendant

When filing this document in ECF, please be sure to use the appropriate ADR Docket
Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**XXXXXXXXXX ORDER**

       Pursuant to the Stipulation above, the captioned matter is hereby referred to:

      ☐      Non-binding Arbitration
      ☐      Early Neutral Evaluation (ENE)
      ☑      Mediation
      ☐      Private ADR

      Deadline for ADR session

      ☑      90 days from the date of this order.
      ☐      other                        .

IT IS SO ORDERED.


Dated: December 23, 2009

                                HOWARD R. LLOYD
                                UNITED STATES MAGISTRATE JUDGE