*E-FILED 01-29-2010*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT ZUNIGA and ROSA ZUNIGA,<br><br>        Plaintiff,<br>v.<br><br>HSBC MORTGAGE CORPORATION,<br><br>        Defendant.<br>_____/ | No. C09-03358 HRL<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

The court is informed that this action has settled. In light of the settlement, all pretrial dates have been vacated.

**On or before March 1, 2010**, the parties shall file a stipulated dismissal pursuant to Fed.R.Civ.P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **March 16, 2010, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a). The parties shall file a joint statement in response to this Order to Show Cause **no later than March 9, 2010**. The statement shall advise as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

SO ORDERED.

Dated:   January 29, 2010



HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

1   5:09-cv-03358-HRL Notice has been electronically mailed to:

2   Aniesa Rice aniesa.rice@kattenlaw.com

3   John Wesley Villines john@jvlaw.net, adrienne@jvlaw.net, Robert@jvlaw.net, sam@jvlaw.net

4

5   Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.